RIVERA, DEMANDANTE Y APELANTE, *v.* SUCESIÓN RODRÍGUEZ ET AL., DEMANDADAS Y APELADAS.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 1ª., en pleito sobre nulidad de juicio.

MOCIÓN del demandado Celestino Benítez solicitando el traslado del pleito.

No. 1713.—Resuelto en marzo 15, 1918.

TRASLADO—ACCIÓN DE NULIDAD—RESIDENCIA DE LOS DEMANDADOS.—Cuando resulta de la demanda que los demandados son todos vecinos de determinado distrito judicial y que la acción que se ejercita está limitada a la solicitud de ciertas nulidades, no estando la acción comprendida en ninguno de los apartados del artículo 75 del Código de Enjuiciamiento Civil, el caso debe regularse por las disposiciones del 81 del mismo código, que determina que el pleito deberá verse en el distrito en que residieren los demandados o algunos de ellos al iniciarse el litigio.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Luis Freyre Barbosa.*

Abogado de las apeladas: *Sr. Fulgencio Piñero.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

Francisco Rivera Morales entabló una demanda en la Corte de Distrito de San Juan, contra los herederos de María de Jesús Rodríguez, y Celestino Benítez Morales, sobre "nulidad de juicio y otros extremos."

Emplazados los demandados, todos residentes en el territorio de la Corte de Distrito de Humacao, excepcionaron la demanda por no constituir los hechos alegados en la misma una causa de acción y pidieron que el pleito fuera trasladado a la corte de su domicilio.

La Corte de Distrito de San Juan decretó el traslado por medio de una resolución que copiada en lo pertinente, dice así:

"Resulta de la demanda que los demandados son todos vecinos de Juncos, P. R., dentro del Distrito Judicial de Humacao.

"Se solicita en la demanda que se declaren nulos ciertos procedimientos judiciales seguidos ante la Corte de Distrito de Humacao, así como el remate y adjudicación de dos fincas rústicas radicadas en el barrio de Cubuy de la jurisdicción de Loíza y de ciertas inscripciones practicadas en el registro de la propiedad.

"El presente caso no está comprendido dentro de ninguno de los apartados del artículo 75 del Código de Enjuiciamiento Civil, por lo que debe regularse por las disposiciones del artículo 81 que determina que en todos los demás casos el pleito deberá verse en el distrito en que residieron los demandados o alguno de ellos, al iniciarse el litigio.

"Por las razones expuestas, la corte es de opinión que debe declarar y declara con lugar la moción de traslado y ordena que este pleito sea trasladado a la Corte de Distrito del Distrito Judicial de Humacao."

Tiene la razón la corte de San Juan, porque si bien es cierto que las alegaciones de la demanda se refieren a una finca situada fuera del territorio de la corte de distrito de Humacao, también lo es que la acción que se ejercita está limitada a la solicitud de ciertas nulidades, no estando, por tanto, comprendida en ninguno de los apartados del artículo 75 del Código de Enjuiciamiento Civil. Véase *Hernández et al.* v. *Bernardini et al.*, 25, D. P. R. 461.

En tal virtud procede la confirmación de la orden recurrida.

*Confirmada la orden apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y Hutchison.

El Juez Asociado Sr. Aldrey no intervino en la resolución de este caso.